# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 25-1706

**Short Case Caption:** Red Hat, Inc. v. VirtaMove, Corp.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Red Hat, Inc.

| | |
|---|---|
| **Principal Counsel:** John C. O'Quinn | Admission Date: 8/10/2004 |
| Firm/Agency/Org.: Kirkland & Ellis LLP | |
| Address: 1301 Pennsylvania Avenue NW, Washington DC 20004 | |
| Phone: 202-389-5000 | Email: john.oquinn@kirkland.com |
| **Other Counsel:** William H. Burgess | Admission Date: 11/21/2007 |
| Firm/Agency/Org.: Kirkland & Ellis LLP | |
| Address: 1301 Pennsylvania Avenue NW, Washington DC 20004 | |
| Phone: 202-389-5000 | Email: william.burgess@kirkland.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 5/13/23       Signature: /s/ John C. O'Quinn

                    Name:      John C. O'Quinn

**[DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]**

| | |
|---|---|
| **Other Counsel:** Yimeng Dou | Admission Date: 8/1/2019 |
| Firm/Agency/Org.: Kirkland & Ellis LLP | |
| Address: 555 South Flower St., Suite 3700, Los Angeles CA 90071 | |
| Phone: 213-680-8400 | Email: yimeng.dou@kirkland.com |
| **Other Counsel:** Todd M. Friedman | Admission Date: 1/18/2005 |
| Firm/Agency/Org.: Kirkland & Ellis LLP | |
| Address: 601 Lexington Avenue, New York NY 10022 | |
| Phone: 212-446-4800 | Email: todd.friedman@kirkland.com |
| **Other Counsel:** Brandon H. Brown | Admission Date: 10/14/2020 |
| Firm/Agency/Org.: Kirkland & Ellis LLP | |
| Address: 555 California Street, 27th Floor, San Francisco CA 94104 | |
| Phone: 415-439-1400 | Email: bhbrown@kirkland.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |