# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>NOTICE OF RELATED CASE INFORMATION</u>

| | |
|---|---|
| **Case Number** | 25-1706 |
| **Short Case Caption** | Red Hat, Inc. v. VirtaMove, Corp. |
| **Filing Party/Entity** | Red Hat, Inc. |

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

VirtaMove, Corp. v. Hewlett Packard Enterprise Co., No. 2:24-CV-93-JRG (E.D. Tex.)

VirtaMove, Corp. v. International Business Machines Corp., No. 2:24-CV-64-JRG (E.D. Tex.)

VirtaMove, Corp. v. Google LLC, No. 7:24-CV-33-DC-DTG (W.D. Tex.)

VirtaMove, Corp. v. Amazon.com, Inc.; Amazon.com Services LLC; and Amazon Web Services, Inc., No. 7:24-CV-30-DC-DTG (W.D. Tex.)

VirtaMove, Corp. v. Microsoft Corporation, No. 7:24-CV-338-ADA (W.D. Tex.)

VirtaMove, Corp. v. Oracle Corporation, No. 7:24-CV-339-ADA (W.D. Tex.)

☐ Additional pages attached

2.  **Names of all parties involved in the cases listed above.**  Do not duplicate the names of parties.  Do not relist the case information.  Fed. Cir. R. 47.5(b)(2)(A).

VirtaMove, Corp.; International Business Machines Corp.; Hewlett Packard Enterprise Company; Google LLC; Amazon.com, Inc.; Amazon.com Services LLC; Amazon Web Services, Inc.; Microsoft Corporation; Oracle Corporation

☐   Additional pages attached

3.  **Names of all law firms, partners, and associates in the cases listed above.**  Do not duplicate the names of law firms, partners, and associates.    Do not relist case information and party names.  Fed. Cir. R. 47.5(b)(2)(B).

See attachment

☑   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/13/2025

Signature: /s/ John C. O'Quinn

Name: John C. O'Quinn

**Names of all law firms, partners, and associates in the cases listed above.**

RUSS AUGUST & KABAT: Amy E. Hayden, Christian W. Conkle, Daniel B. Kolko, Jacob Buczko, James A. Milkey, James S. Tsuei, Jefferson Cummings, Jonathan Ma, Mackenzie Paladino, Marc A. Fenster, Neil A. Rubin, Qi Tong, Reza Mirzaie;

BAKER BOTTS LLP: Katharine M. Burke, Bethany R. Salpietra, Douglas M. Kubehl, Emily F. Deer, Haleigh A. Hashem, Hien K. Lien, Morgan G. Mayne, Samuel Kassa

HALTOM & DOAN: Haleigh A. Hashem, Jennifer H. Doan, Joshua R. Thane

KIRKLAND & ELLIS LLP: Todd M. Friedman, Brandon H. Brown, Kyle A. Calhoun, Nathaniel Ngerebara, Yimeng Dou

MILLER FAIR HENRY PLLC: Andrea L. Fair, Charles Everingham IV

HOGAN LOVELLS: Antonio R. Sistos, David A. Perlson

QUINN EMANUEL URQUHART & SULLIVAN LLP: Deepa Acharya, Vanessa Blecher

JACKSON WALKER LLP: Katharine L. Carmona, Erica B. Giese, Nathaniel St. Clair II

KNOBBE, MARTENS, OLSON & BEAR, LLP: Christie R.W. Matthaei, Colin B. Heideman, Jeremy A. Anapol, Joseph R. Re, Logan P. Young

LYNCH, CHAPPELL & ALSUP, PC: Andrew H. Estes

DLA PIPER LLP (US): Erin P. Gibson, Meera Midha, Ahimsa E. Hodari, John M. Guaragna, Michael Saulnier, Robert C. Williams, Zachary Loney

ORRICK HERRINGTON & SUTCLIFFE LLP: Bas de Blank, Diana Rutowski

SLAYDEN GRUBERT BEARD PLLC: Darryl Adams