No. 25-1706

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

RED HAT, INC.,
*Plaintiff-Appellant*,

v.

VIRTAMOVE CORP.,
*Defendant-Appellee.*

Appeal from the United States District Court for the Northern District of California, No. 5:24-CV-04740-PCP, District Judge P. Casey Pitts

## CERTIFICATE OF INTEREST FOR APPELLANT RED HAT, INC.

1. **Represented Entities (Fed. Cir. R. 47.4(a)(1)):** Red Hat, Inc.

2. **Real Party in Interest (Fed. Cir. R. 47.4(a)(2)):** N/A

3. **Parent Corporations and Stockholders (Fed. Cir. R. 47.4(a)(3)):** International Business Machines Corporation

4. **Legal Representatives (Fed. Cir. R. 47.4(a)(4)):**
   <u>Kirkland & Ellis LLP</u>: Kyle Calhoun, N. Yvonne Stoddard Beeler

5. **Related Cases (Fed. Cir. R. 47.5(a)).** A notice of related case information has been filed.

6. **Organizational Victims and Bankruptcy Cases (Fed. R. App. P. 26.1(b)-(c)):** N/A

| | |
|---|---|
| May 13, 2025 | */s/John C. O'Quinn* <br> John C. O'Quinn <br> KIRKLAND & ELLIS LLP <br> 1301 Pennsylvania Avenue N.W. <br> Washington, DC 20004 <br> (202) 389-5000 |