# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 25-1706

**Short Case Caption:** Red Hat, Inc. v. VirtaMove, Corp.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

VirtaMove, Corp.

**Principal Counsel:** Reza Mirzaie        Admission Date: 9/6/2011

Firm/Agency/Org.: Russ August & Kabat

Address: 12424 Wilshire Blvd., 12th Floor, Los Angeles, CA 90025

Phone: 310-826-7474        Email: rmirzaie@raklaw.com

**Other Counsel:** Marc A. Fenster        Admission Date: 2/26/2007

Firm/Agency/Org.: Russ August & Kabat

Address: 12424 Wilshire Blvd., 12th Floor, Los Angeles, CA 90025

Phone: 310-826-7474        Email: mafenster@raklaw.com

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 5/13/25        Signature: /s/ Neil A. Rubin

                     Name: Neil A. Rubin

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Neil A. Rubin | Admission Date: 3/8/2012 |
|---|---|
| Firm/Agency/Org.: Russ August & Kabat | |
| Address: 12424 Wilshire Blvd., 12th Floor, Los Angeles, CA 90025 | |
| Phone: 310-826-7474 | Email: nrubin@raklaw.com |
| **Other Counsel:** James A. Milkey | Admission Date: 2/12/2024 |
| Firm/Agency/Org.: Russ August & Kabat | |
| Address: 12424 Wilshire Blvd., 12th Floor, Los Angeles, CA 90025 | |
| Phone: 310-826-7474 | Email: jmilkey@raklaw.com |
| **Other Counsel:** Qi (Peter) Tong | Admission Date: 6/17/2024 |
| Firm/Agency/Org.: Russ August & Kabat | |
| Address: 8080 N. Central Expy., Suite 1503, Dallas, TX 75206 | |
| Phone: 310-826-7474 | Email: ptong@raklaw.com |
| **Other Counsel:** Christian W. Conkle | Admission Date: 7/6/2018 |
| Firm/Agency/Org.: Russ August & Kabat | |
| Address: 12424 Wilshire Blvd., 12th Floor, Los Angeles, CA 90025 | |
| Phone: 310-826-7474 | Email: cconkle@raklaw.com |
| **Other Counsel:** Daniel B. Kolko | Admission Date: 2/12/2024 |
| Firm/Agency/Org.: Russ August & Kabat | |
| Address: 12424 Wilshire Blvd., 12th Floor, Los Angeles, CA 90025 | |
| Phone: 310-826-7474 | Email: dkolko@raklaw.com |